**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| **LANELL GREENBERG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 20-cv-01434-JES-JEH** |
| **MCLEAN COUNTY UNIT SCHOOL DISTRICT NO. 5,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Lanell Greenberg, by and through her undersigned counsel, hereby stipulates as part of the settlement of this suit to the voluntary dismissal with prejudice of the above-captioned lawsuit and all claims against Defendant, the Board of Education of McLean County Unit School District No. 5, the parties to bear their own costs and attorneys' fees. Defendant shall not bear any additional costs or fees beyond those set forth in the Parties' settlement agreement.


**LANELL GREENBERG**


      **/s/ Dawn L. Wall**

By: _____
Dawn L. Wall
Attorney for Plaintiff
COSTIGAN & WOLLRAB, P.C.
308 E. Washington St.
Bloomington, IL 61702
dwall@cwlawoffice.com


**BOARD OF EDUCATION OF MCLEAN
COUNTY UNIT SCHOOL DISTRICT
NO. 5**

      **/s/ C. Frazier Satterly**

By: _____
C. Frazier Satterly
Attorney for Defendant
HODGES, LOIZZI, EISENHAMMER,
  RODICK & KOHN LLP
401 SW Water Street, Suite 106
Peoria, IL 61602
(309) 671-9000
(847) 670-7334 (fax)
fsatterly@hlerk.com


1180714_1